**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pomp BLACKMON, Defendant–**
**Appellant.**

**No. 01–6467.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 20, 2001.

Pomp Blackmon, pro se. Marshall Prince, Office of the United States Attorney, Columbia, SC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Pomp Blackmon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Blackmon,* Nos. CR–98–1126; CA–00–2451–0–19 (D.S.C. Feb. 15, 2001). Further, we deny Blackmon's motions to vacate his convictions and dismiss the indictment and to amend his informal brief. We dispense with oral argument because the

---

\* We recently noted in *United States v. Sanders,* 247 F.3d 139, 146 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Blackmon's *Apprendi* claim is not cognizable.